Case 3:21-cv-00861-GPC-WVG    Document 1    Filed 05/03/21    PageID.1    Page 1 of 11

FILED
May 03 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ zenobiaa    DEPUTY

**United States Federal Court**
333 West Broadway, Suite 420
San Diego, California 92101

'21CV861 GPC WVG

1. This court has jurisdiction over this case via U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

2. This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

3. This court has jurisdiction over this case via U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

4. This court has jurisdiction over this case via U.S. Code: Title 18 U.S. Code § 2383 Rebellion or insurrection

5. This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County, Florida and Hani Hanjour studied at the ELS in California or Florida.

This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**

**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**versus**

**National Institute of Standards and Technology and Shyam Sunder,
Central Intelligence Agency,
C.I.A. Bin Laden Station Unit circa 1991-2021,
National Security Agency NSA,
Federal Aviation Administration,
AA American Airlines Emergency Response in North Carolina,
President George W. Bush and his Cabinet,
Condoleeza Rice,
The Carlyle Group,
Saudi Binladin Group,
Vice President Dick Cheney,
Halliburton,
Governor Jeb Bush,
New York Port Authority,
New York Fire Department,
President Donald J. Trump.
Congressman Bill Posey,
State of Florida and Governor Rick Scott and Pam Bondi.**

<u>Jacek Kazmierczak</u>          <u>Date</u>

*[signature]*     4/2/H

Jacek Kazmierczak
Vero Beach, FL

**United States Federal Court**
**333 West Broadway, Suite 420**
**San Diego, California 92101**

1. This court has jurisdiction over this case via U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

2. This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

3. This court has jurisdiction over this case via U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

4. This court has jurisdiction over this case via U.S. Code: Title 18 U.S. Code § 2383 Rebellion or insurrection

5. This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**

**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**versus**

**National Institute of Standards and Technology and Shyam Sunder**
**Central Intelligence Agency**
**C.I.A. Bin Laden Station Unit circa 1991-2020**
**National Security Agency NSA**
**Federal Aviation Administration**
**AA American Airlines Emergency Response**

I. The C.I.A. stole the email I sent to Governor Jesse Ventura on February 7 or February 9, 2000 to stop the 9/11/2001 attacks and used it at the ELS Learning Center (Oakland, CA and possibly Florida) with Hani Hanjour to carry out the 9/11/2001 attacks. A duplicate copy was sent at the same time to the radio personality The Wigmaster at 99Rock WPLR New Haven, Connecticut in case anything happened to me as evidence. The email written in MS Word file format included the date, location and method of the 9/11 attack.

Mr. Kazmierczak emailed the date, location and method of the attack to Governor Jesse Ventura in Minnesota in February 2000 and the ONI (Navy) caught Moussai (in 2001) while the State of Florida was hiding the terrorists in Naples, Florida.

The way the date, location and method were sent to Governor Ventura is classified by Mr. Kazmierczak. Mr. Kazmierczak is a civilian and does not work for any domestic or foreign intelligence agencies.

Mr. Kazmierczak referenced legends like Jesus Christ, Led Zeppelin, Pink Floyd, the Beatles, U2, John Lennon, Joan of Arc, Jimi Hendrix, Queensryche etc in the letter to Jesse Ventura and on the morning of 9/11/2001 New York TV ads were laughing about Led Zeppelin while Hani Hanjour who was in the U.S.A. and certified by the F.A.A. as a commercial pilot:

1. Was placed in the classroom of Robert Plants's keyboard players' (from his solo band) girl friend in Oakland, CA or Melbourne, FL at the ELS Learning Center. He already spoke English and was F.A.A. certified without a job. Not suspicious at all. The ELS Learning Center is an English School for well connected wealthy diplomats to educate their kids in America at expensive rates and with maximum confidentiality.

2. Slammed a plane into the Pentagon accounting section where Army accountants would never get the chance to find the $2 billion or $2 trillion that disappeared from the GAO on 9/10/2001. Contrary to F.A.A. disinformation an exceptional pilot was hired to hit the accounting section of the Pentagon considering the difficulty of hitting that section of the Pentagon at that speed and the disinformation released in video by the Pentagon after the attack with missing frames and incorrect times and dates stamped on the video.

3. Had an F.A.A. Commercial pilots license and probably flew the $600 million to Osama Bin Laden in Afghanistan from the Saudi's. May have been Saudi Intel.

i. CNBC was talking about "Jack on the Box" on the morning of 9/11/2001.
ii. New York TV ads were laughing about Led Zeppelin on the morning of 9/11/2001.
iii. The F.A.A. was lying to the ROME New York Air Force Base on the day of the 9/11/2001 attack. * *Source: National Geographic 9/11 Documentary.

N.I.S.T. used Thermite (spiked with sulfur to form Thermate) to destroy all of the buildings at the World Trade Center as proven by Architects and Engineers for 9/11 Truth. The Thermite was possibly stolen from Lawrence Livermore Lab prior to the attack.

Mr. Kazmierczak also tried calling John McDowell at the World Trade Center several times in February 2000 to warn him about the possibility of a hijacked plane attack at which point a W.T.C. Building 7 hit crew was sent to his apartment in East Quogue, Long Island to try and kill him.

Mr. Kazmierczak is suing for psychological damages, intellectual property theft, conspiracy to kill and permanently injure Mr. Kazmierczak and his father.

Conspiracy to deny access to lawyers and legal recourse in New York, Florida and Washington D.C.

Mr. Kazmierczak was a United States Permanent Resident in February 2000 and became a United States Citizen in 2008.

Under this legal setting Mr. Kazmierczak has the right to charge the Bush Administration and W.T.C. Building 7 persons with the attempted murder of a Polish Citizen in February 2000.

President Bush Senior is the only President to receive daily classified C.I.A. briefings outside of Presidential office.

Mr. Kazmierczak's status as a Polish Citizen in 2000 allows him to charge the Bush Administration, National Institute of Standards and Technology, C.I.A. Bin Laden Station Unit and the United States Department of Justice at the International Criminal Court.

II. N.I.S.T. is part of the Department of Commerce and is not covered by the 2001 Intelligence Authorization Act.
III. The National Security Agency refused to disclose Freedom of Information requests to me that were filed twice.
IV. Steve claiming to be a 17 year Army veteran and claiming his father is retired Secret Service and lives in Vero Beach approached me in December 2018 around the time of my father's TBI by the Vero Beach doctors and told me "The NSA came to your apartment to kill you (February 2000) for trying to warn John McDowell at the W.T.C. that they were going to attack with hijacked aircraft."
V. A man claiming to be C.I.A. questioned me at the Mayo Clinic for 15-20 minutes in May 2015. I reported this to the F.B.I. since he did not show me identification and I saw him following me in Vero Beach.
VI. The Federal Aviation Administration is lying to the ROME NY Air Force base on 9/11/2001 as part of the disinformation to keep ROME NY Air Force from intercepting the hijacked planes. Source: National Geographic 9/11/2001 Documentary based on my analysis of voice patterns from the F.A.A. person on the phone.
VII. AA American Airlines emergency response in North Carolina is lying to the stewardess calling in the hijacking from the hijacked plane. Source: National Geographic 9/11/2001 Documentary based on my analysis of voice patterns from the AA American Airlines emergency response person on the phone. The North Carolina ER person tells her she is on Flight 12. She screams that she is on Flight 11. This is a direct reference to the email sent to Governor Jesse Ventura by me in February 2000 to try and stop the attacks being used to instill fear in the victims of 9/11/2001.

**Relief sought from the Court**

VIII. Jacek Kazmierczak is asking for $3.3 Trillion dollars in damages for copyright theft as reported to the U.S. Copyright office. Intellectual property theft of original work created by Jacek Kazmierczak in February 2000 to stop the 9/11/2001 attacks being used to carry out the 9/11/2001 attacks.
IX. Jacek Kazmierczak is asking for the prosecution of the National Institute of Standards and Technology for terrorism and for working with a known foreign terrorist organization Al Qaeda.
X. Jacek Kazmierczak is asking for copies of all records held by the N.S.A. about me including all of the originals.
XI. Jacek Kazmierczak is asking for the prosecution of AA American Airlines Emergency Response for working with a known foreign terrorist organization Al Qaeda.

XII.    Jacek Kazmierczak is asking for the prosecution of the Federal Aviation Administration for working with a known foreign terrorist organization Al Qaeda.

### President George W. Bush and his Cabinet, The Carlyle Group, Saudi BinLaden Group

I.     The C.I.A. stole the email I sent to Governor Jesse Ventura on February 7 or February 9, 2000 to stop the 9/11/2001 attacks and used it at the ELS Learning Center (Oakland and possibly Florida) with Hani Hanjour to carry out the 9/11/2001 attacks.
II.    N.I.S.T. is part of the Department of Commerce and is not covered by the 2001 Intelligence Authorization Act.

### Relief sought from the Court

III.   Jacek Kazmierczak is asking for the prosecution of President George W. Bush for sedition against the United States of America.
IV.    Jacek Kazmierczak is asking for the prosecution of The Carlyle Group for failure to uphold the oath of American Citizenship granted at birth in the United States of America.
V.     Jacek Kazmierczak is asking for the prosecution of the The Carlyle Group for terrorism and for working with a known foreign terrorist organization Al Qaeda.
VI.    Jacek Kazmierczak is asking for the prosecution of The Carlyle Group for sedition and violation of Articles I-IV of the Geneva Convention.
VII.   Jacek Kazmierczak is asking for $2.6 Trillion dollars in damages.

### Vice President Dick Cheney and Halliburton, Governor Jeb Bush

I.     The C.I.A. stole the email I sent to Governor Jesse Ventura on February 7 or February 9, 2000 to stop the 9/11/2001 attacks and used it at the ELS Learning Center (Oakland and possibly Florida) with Hani Hanjour to carry out the 9/11/2001 attacks.
II.    N.I.S.T. is part of the Department of Commerce and is not covered by the 2001 Intelligence Authorization Act.

### Relief sought from the Court

III.   Jacek Kazmierczak is asking for the prosecution of Vice President Dick Cheney for sedition against the United States of America.
IV.    Jacek Kazmierczak is asking for the prosecution of Governor Jeb Bush for sedition against the United States of America.
V.     Jacek Kazmierczak is asking for the prosecution of Condoleeza Rice for sedition against the United States of America.
VI.    Jacek Kazmierczak is asking for the prosecution of Halliburton for failure to uphold the oath of American Citizenship granted at birth in the United States of America.
VII.   Jacek Kazmierczak is asking for the prosecution of Halliburton for terrorism and for working with a known foreign terrorist organization Al Qaeda.
VIII.  Jacek Kazmierczak is asking for the prosecution of Halliburton for sedition and violation of Articles I-IV of the Geneva Convention.
IX.    Jacek Kazmierczak is asking for $2.6 Trillion dollars in damages.

### New York Port Authority, New York Fire Department

I.     The N.Y.F.D. was complicit in the 9/11/2001 attacks along with the New York Port Authority which told victims to stay in the building after the first tower was struck with a hijacked airplane.
AE 9/11 Truth has proven Thermite was used to destroy the W.T.C. and has video evidence of the N.Y.F.D. involved in the demolition of W.T.C. Building 7.

### Relief sought from the Court

II.    Jacek Kazmierczak is asking for the prosecution of the New York Port Authority for terrorism and for working with a known foreign terrorist organization Al Qaeda.
III.   Jacek Kazmierczak is asking for the prosecution of the New York Fire Department for terrorism and for working with a known foreign terrorist organization Al Qaeda.

### President Donald J. Trump

I.     Jacek Kazmierczak asked President Trump's White House for help on 4 separate occasions in 2017-2018 only to be ignored and my father ended up with a traumatic brain injury from the same group of doctors that poisoned me and lied to me. President Trump also hacked my iPhone in December 2020.
II.    Jacek Kazmierczak made multiple posts to the White House youtube videos asking Donald J. Trump

to prosecute N.I.S.T. The resulting attack on Congress on 1/6/2021 lead by Donald J. Trump shows the same type of coordination and disinformation that lead up to 9/11/2001 when America almost lost Congress if not for the plane brought down in Pennsylvania.

III. Jacek Kazmierczak called the White House and they hung up over 15 times refusing to talk to me.

IV. Jacek Kazmierczak has been stalked by Trump persons in Sarasota in 2016 until present.

### Relief sought from the Court

V. Jacek Kazmierczak is asking for the prosecution of President Donald J. Trump for sedition against the United States of America.

VI. Jacek Kazmierczak is asking for the prosecution of President Donald J. Trump for sedition against the United States of America by possibly being involved with his friend Larry Silverstein in the destruction of the W.T.C. by Thermite on 9/11/2001.

VI. Jacek Kazmierczak is asking for the prosecution of President Donald J. Trump for sedition against the United States of America by possibly being involved with The Carlyle Group in the destruction of the W.T.C. by Thermite on 9/11/2001.

VII. Jacek Kazmierczak is asking for $1.5 Billion dollars in damages for hacking of his physical property (iPhone) and organized harassment, threats and intimidation.

### Congressman Bill Posey

I. Jacek Kazmierczak and AE 9/11 Truth have been waiting since 5/8/2020 to speak with Grace Reid and Congressman Posey about the AE 9/11 Truth Thermite Report (Thermite being used to destroy the W.T.C. on 9/11/2001). Jacek Kazmierczak has called Congressman Posey's office repeatedly and filled out multiple requests for an appointment via the website without a reply. Congressman Posey is involved in sedition against the United States of America as shown during the attack on January 6th on Congress where 147 Sedition Republicans including Congressman Posey entered the House Chamber after the attack and voted not to certify the election results for President Biden and Vice President Harris.

II. Jacek Kazmierczak called Congressman Posey's office in 2015 for help and Mitchel answered and said "The congressman does not help people like you."

### Relief sought from the Court

III. Jacek Kazmierczak is asking for the prosecution of Congressman Posey for sedition against the United States of America.
IV. Jacek Kazmierczak is asking for the prosecution of Congressman Posey for obstruction of justice.
V. Jacek Kazmierczak is asking for the prosecution of Congressman Posey for sedition against the United States of America after voting not to ratify a legitimate election won by President Biden and Vice President Harris.

### State of Florida and Governor Rick Scott and Pam Bondi

I. Pam Bondi's office refused to investigate my attempted murder case when I called in 2015 after filing a complaint with Rachael Beam at the Florida Department of Health involving my medical poisoning via dangerous contraindication.
II. Pam Bondi was responsible for fixing the election that had President Bush elected later becoming Florida State Attorney General. I was followed by Governor Scott's men and a woman for 2+ months and threatened to drop my case in Sarasota in 2016 by one of them.

### Relief sought from the Court

III. Jacek Kazmierczak is asking for the prosecution of Senator Scott for sedition against the United States of America.
IV. Jacek Kazmierczak is asking for the prosecution of Senator Scott for having me followed and threatened.
V. Jacek Kazmierczak is asking for the prosecution of Pam Bondi for sedition against the United States of America.
VI. Jacek Kazmierczak is asking for the prosecution of Pam Bondi for dangerous harassment along with The Church of Scientology that includes attempted murder.
VII. Jacek Kazmierczak is asking for the prosecution of Pam Bondi for obstruction of justice.
VIII. Jacek Kazmierczak is asking for the prosecution of Senator Scott for sedition against the United States of America after voting not to ratify a legitimate election won by President Biden and Vice President Harris.

## Document info

| | |
|---|---|
| Result type: | Hosp Pain Rehab Discharge Note |
| Result date: | May 28, 2015, 05:00 p.m. |
| Result status: | authenticated |
| Performed by: | Nia Elliott |
| Verified by: | Nia Elliott |

# PRC Dismissal Summary *

| Patient: | JACEK KAZMIERCZAK | DOB: | Mar 04, 1967 |
|---|---|---|---|

Patient: **KAZMIERCZAK, JACEK**   MRN: **7-862-215-6**   FIN: **214168460**
Age: **48 years**   Sex: **Male**   DOB: **04-Mar-1967**
Author: **Elliott RN, Nia M**

**Discharge Information**

**Program Information**
  Program Date: **07-May-2015**
  Number of treatement days completed: **12**

**Physicians/Consultants**
  Referring/Internal Consultant: **Ames PhD, Gretchen E**
  Admitting Consultant: **Palmer MD, Scott C.**
  Interim Consultant: **Boone PA-C, Margaret K**
  Dismissing Consultant: **Osborne MD, Michael**
  Nurse Care Coordinator: **Elliott RN, Nia M**

**Pain History**
  Diagnosis: 1. **CHRONIC PAIN SYNDROME**
  2. **CENTRAL SENSITIZATION WITH NECK, BACK, LEG AND KNEE PAIN**
  3. **ENVIRONMENTAL SENSITIVITIES TO SOUND, SMELL AND TOUCH**
  4. **COGNITIVE/MEMORY DIFFICULTIES**
  5. **SLEEPING DIFFICULTY**
  6. **FATIGUE**

Patient sustained a back injury in 2013 after tripping over his dog. Attempted to complete a series of 3 steroid injections. After the second injection he was unable to sit for greater that 5 minutes and advises that the symptoms have progressively worsened over last two years.

**Treatment / Management**
  **Need to Increase Activities of Daily Living/Decrease Pain Contingent Lifestyle**
    Patient attended daily PRC programming and actively participated despite varying levels of chronic pain. Patient recorded daily pain levels via Numeric Rating Scale (0 no pain; 10 worst pain level). Patient's reported pain severity range was 3-9/10.
    Patient demonstrated significant decline in pain behaviors/pain-contingent lifestyle.
    Patient demonstrated moderate decline in pain behaviors/pain-contingent lifestyle.
    Emphasis was placed on specific PRC concepts of moderation, modification, and time management in all areas of functioning. The patient participated in educational sessions on sleep hygiene.
    The patient had family/friend attend PRC Family Program: Primary concepts of the Pain Rehabilitation Center Program were reviewed within a group setting which Cynthia Griffin-Fiance attended.
  **Physical Deconditioning**
    Patient participated in physical therapy daily and utilized the stationary exercise equipment for cardiovascular conditioning. Patient noted significant improvement in endurance, strength, flexibility and overall aerobic conditioning while in the program.
    The patient developed specific plans to continue a consistent, daily exercise routine upon return home to maintain gains in physical status and to continue efforts towards full rehabilitation.
    The patient's nicotine use was assessed upon admission to the program and the treatment team recommends smoking cessation.
  **Medication Issues**
    Patient participated in chemical health group sessions to learn about the effects of long term medication and chemical use on the body, the appropriate narcotics use and over-the-counter medications for acute and chronic pain, and overall health/wellness.
    Medication Changes: Tapered medications and last dose:
    Nicotine gum, currently 10 pieces of daily(Suggested Taper Schedule)
    14 May 2015 Adjust to 8 pieces daily
    15 May 2015 Adjust to 7 pieces daily
    16 May 2015 Adjust to 6 pieces daily
    17 May 2015 Adjust to 5 pieces daily
    18 May 2015 Adjust to 4 pieces daily
    20 May 2015 Adjust to 3 pieces daily
    22 May 2015 Adjust to 2 pieces daily
    24 May 2015 Adjust to 1 piece daily
    26 May 2015 Discontinue

    , Discontinued medications and approximate last dose:
                   Tiger Balm
13 May 2015 Discontinue.
Withdrawal Symptoms.
    The importance of refraining from the use of opiods and/or daily analgesic medications for chronic pain for at least six months following completion of the PRC program was discussed.
  **Mood Management**
    Patient reports hope for normalizing lifestyle to include increased activity with improved coping skills to manage pain effectively.
  **Consults**: Biofeedback: 3 sessions completed, Dietitian (Attended 2 nutrition Lectures), Urine Toxicology.

2/26/21

Dear Judge Aileen Cannon,

I have provided a copy of my Mayo Clinic discharge report which shows that I have cognitive memory issues due to my chemical poisoning. I also made a memory error on my financial statement since I have not looked at it since January 2021 and have included a copy with this letter. I cannot tell what my balance is from this statement hence my finances are unknown to me. There is no balance section and this statement is from January 2021.

I will also provide a copy in court when I find it of Margaret Libbey charging me for sewer and water n her first statement from several years ago. Which is just absurd.

Margaret Libbey as my legal guardian has refused to reply to my emails and calls making her a defendant in my case. She is directly responsible along with Kim Jones for my father's traumatic brain injury. All of these allegations will be proven in court against all of these defendants beyond a reasonable doubt. I am currently living in a hostile community with persons that tried to kill me and my fiancee. I ask you to reconsider allowing me to file Forma Pauperis for the financial reasons indicated along with my statements showing my income.

Since Margaret Libbey will not reply and since I cannot remove money as cash from my account I will try to send a money order by purchasing one on my card. I have a feeling it will be blocked by The State of Florida who is a defendant in my case.

My 2016 Social Security disability income statement shows $16,744.80 yearly.
This is one of the most recent statements I could find and should be close to what this years statement will show when I receive it.

I have not been invited to anything and have not had any friends for 20 years with the exception of a drinking buddy I drank with on weekends to forget what happened in New York when I arrived in Florida. My fiancee was my best friend and they tried killing both of us. I have had two years of social invites to band practice on Fridays and that is my entire social life and circle of friends for the past 20 years in the United States.

After volunteering at Synergy in New York, the Indian River Food Pantry, the Women's Exchange in Sarasota and the MOTE Aquarium all I received in response were attempts on my life.

I am hoping my case will go to court unimpeded since I find my self in the sad situation of suing the people of the country I tried to protect 20 years ago.

People like myself should be appreciated instead of having anger and vitriol launched at them by everyone around them.

After watching Fahrenheit 9/11 again I have decided to drop my relief request against the FBI to $9 million since President Bush was directly responsible for cutting FBI funding prior to the 9/11 attacks in essence aiding the hijackers.

I have also corrected Ed Utrridge's name on the filing since I spelled it incorrectly (Uttrich) on the initial filing. In accordance with the paper work reduction act notice I would like the court send these out as they are without me having to reprint 900 pages. I have included 90 new copies of the main case page. My under standing is that all court documents need to be accurate otherwise they are invalid. If I need to reprint the 900 pages because of one misspelling please let me know.

Kind Regards,

Jacek Kazmierczak                                          Date
                                                            4/2/21

9680 East Maiden Ct
Vero Beach FL 32963

310-809-1861
772-589-6281

4/07/21

Dear Judges in California, Minnesota and Connecticut,

I am refiling this case Jacek Kazmierczak vs C.I.A., et al. 2/12/21 CASE NO 21-14088-CIV-CANNON

with three Federal Courts simultaneously in the States that have immediate local jurisdiction due to the proximity of the crimes alleged in my case.

1. It is my understanding that Hani Hanjour studied at the ELS in either San Diego or Florida.
2. The email sent by me to Governor Jesse Ventura arrived at his office in Minnesota.
3. The email sent by me arrived at 99 Rock WPLR in New Haven, Connecticut.

The details are in the case file and argument.

I have refiled this case with Judge Cannon as Kazmierczak vs N.I.S.T. and have not heard back as of 4/7/21.
N.I.S.T. is not covered by the Intelligence Authorization Act of 2001 (or any other) and does not have a legal leg to stand on in denying this case in court.

Since I am asking the courts to proceed in forma pauperis I have included my financial status and copy of my explanation letter to Judge Cannon of my current financial situation.

I am also asking all three courts to allow exceptional handling in this case. Since I am unable to travel to any of these three states (California, Minnesota, Connecticut) due to my responsibilities of taking care of my father who has a TBI, I would like to request a video conference trial if the courts have the technology to do this i.e. Zoom or other secure video conferencing technology. Considering the scope and unprecedented nature of this legal filing I feel this would be the best way to handle this case.

Kind Regards,

Jacek Kazmierczak                                  Date
_____                          4/7/21

9680 East Maiden Ct
Vero Beach FL 32963

310-809-1861
772-589-6281





UNITED STATES FEDERAL COURT
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

U.S. POSTAGE PAID
FCM LG ENV
SEBASTIAN, FL
32958
APR 29, 21
AMOUNT
$1.60
R2305P151502-04

92101

1029

Honorable Court
United States of the United States
Southern District of California
333 West Broadway, Suite 420
San Diego, CA 92101